UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION


| GLYNIS BETHEL and ORLANDO | ] | |
|---|---|---|
| BETHEL, INDIVIDUALLY, and as | ] | |
| NEXT FRIENDS OF MINOR CHILDREN | ] | |
| ZOE BETHEL, KEZIA BETHEL and | ] | |
| ZION BETHEL | ] | |
| Plaintiffs, | ] | |
| | ] | |
| v. | ] | No. 3:11-0364 |
| | ] | Judge Campbell |
| BRENTWOOD HIGH SCHOOL, et al. | ] | |
| Defendants. | ] | |


**O R D E R**

The Court has before it a *pro se* civil complaint (Docket Entry No. 1) brought pursuant to 42 U.S.C. § 1983, and an Affidavit to Waive Filing Fees (Docket Entry No. 2).

The plaintiffs' Affidavit is defective in two respects. First, the Affidavit was only signed by one of the plaintiffs, i.e., Glynis Bethel. When a party is not represented by counsel, that party must personally sign "every pleading, written motion and other paper". Rule 11(a), Fed. R. Civ. P. The plaintiff, Orlando Bethel, is an unrepresented party. Therefore, he must sign the Affidavit.

Second, to proceed as a pauper, the plaintiffs must submit an Affidavit that includes, at the very least, "a statement of all assets". 28 U.S.C. § 1915(a). The plaintiffs' Affidavit offers no financial information whatsoever from which the Court can evaluate their ability to pay the fee required to file their complaint.

Accordingly, the Clerk is directed to send the plaintiffs a blank application to proceed in forma pauperis. The plaintiffs shall, within fourteen (14) days of its receipt, complete the application

in full, sign it and return it to the Clerk's Office. The plaintiffs are forewarned that, should they fail to comply with these instructions within the specified period of time, this action will be dismissed for want of prosecution. Rule 41(b), Fed. R. Civ. P.

It is so ORDERED.

Todd Campbell
United States District Judge