UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

GLYNIS BETHEL and ORLANDO         ]
BETHEL, INDIVIDUALLY, and as      ]
NEXT FRIENDS OF MINOR CHILDREN    ]
ZOE BETHEL, KEZIA BETHEL and      ]
ZION BETHEL                       ]
     Plaintiffs,                  ]
                                  ]
v.                                ]     No. 3:11-0364
                                  ]     Judge Campbell
BRENTWOOD HIGH SCHOOL, et al.     ]
     Defendants.                  ]


**O R D E R**

The plaintiffs have filed a Notice of Appeal (Docket Entry No. 17) challenging the Court's ruling denying them pauper status.

They have not, however, submitted either the full appellate filing fee or an application to proceed on appeal in forma pauperis with their Notice.

Accordingly, the plaintiffs are hereby GRANTED thirty (30) days from the date of entry of this order on the docket in which to either pay the Clerk of this Court the entire appellate filing fee of four hundred fifty five dollars ($455.00) or submit a properly completed application to proceed on appeal in forma pauperis. Callihan v. Schneider, 178 F.3d 800, 803 (6th Cir.1999).

For the plaintiffs' convenience, the Clerk is directed to send them a blank application to proceed in forma pauperis. The Clerk is

further directed to forward a copy of this order to the Clerk of the Court of Appeals.

It is so ORDERED.

                                                                                                               *Todd Campbell*
Todd Campbell
United States District Judge